```
1  Eric Bensamochan, Bar #255482
   The Bensamochan Law Firm
2  30851 Agoura Rd # 114
   Agoura Hills, Ca 91301
3  818-907-5866  (FAX) 818-461-5959
   ATTORNEY FOR PLAINTIFF
```

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC ) | |
| ) | |
| Plaintiff,    vs.    ) | Case No.: 2:09-CV-07190-WDK-FMO |
| ) | |
| FRANCISCO J. MORENO, et al, ) | **RENEWAL OF JUDGMENT** |
| ) | **BY CLERK** |
| Defendant, ) | |

Based upon the application for renewal of the judgment of the original judgment, and pursuant to F.R.C.P. 69(a) and C.C.P. §683.110 through §683.320, and for good cause appearing therefore,

Judgment in favor of Plaintiff, J&J Sports Productions, Inc, and against Defendant, Francisco J. Moreno, individually and d/b/a El Fogon Carnes Asadas Mexican Grill, and Jorge Moreno, individually and d/b/a El Fogon Carnes Asadas Mexican Grill, entered on April 5, 2011, be and the same is hereby renewed in the amounts as set forth below:

Renewal of money judgment

| | | | |
|---|---|---|---|
| a. | Total judgment | $ | 1,520.00 |
| b. | Costs after judgment | $ | 00.00 |
| c. | Subtotal *(add a and b)* | $ | **1,520.00** |
| d. | Credits | $ | 00.00 |
| e. | Subtotal *(subtract d from c)* | $ | 1,520.00 |
| f. | Interest after judgment(.30%) | $ | 45.56 |
| g. | Fee for filing renewal of application | $ | 00.00 |
| h. | Total renewed judgment (add e, f and g) | $ | **1,565.56** |

Dated: March 31, 2021          CLERK, by  *Sharon Hall Brown*
                                              Deputy

Renewal of Judgment